UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| WARNER BROS. ENTERTAINMENT INC., a Delaware corporation,<br><br>   Plaintiff,<br><br>v.<br><br>HOLLY BURTON,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) CIVIL NO. 1:06-cv-00108-WCL-RBC<br>)<br>)<br>)<br>) NOTICE OF VOLUNTARY DISMISSAL<br>)<br>) |

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff voluntarily dismisses with prejudice all claims in this action against defendant HOLLY BURTON, each side to bear its own costs and attorneys' fees.

            MILLER MURPHY & MILLER LLP

            LOEB & LOEB LLP

Dated: 4-20-06      By: s/Calvert S. Miller
              Calvert S. Miller (#18079-02)
              MILLER MURPHY & MILLER LLP
              110 W. Berry Street, Suite 1500
              Fort Wayne, IN 46802
              Phone: (260) 423-1500
              Fax: (260) 458-8191
              csm@millermurphymiller.com

              Alexandra N. DeNeve (pro hac vice pending)
              LOEB & LOEB LLP
              345 Park Avenue
              New York, NY 10154
              Phone: (212) 407-4000
              Fax: (212) 407-4990
              adeneve@loeb.com

              Attorneys for WARNER BROS.